CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR15-115-MJP |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING AMENDED<br>) MOTION TO CONTINUE TRIAL AND<br>) PRETRIAL MOTIONS DEADLINE |
| JESSE RUSSELL DAVISSON, | ) |
| Defendant. | ) |

THE COURT has considered the amended motion to continue the trial date and pretrial motions deadline and finds that:

(a) considering the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(Jesse Davisson, CR15-115-MJP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  (e) the additional time requested between the current trial date of June 22, 2015, and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth in the motion.

(f) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to September 21, 2015, and that pretrial motions shall be filed no later than July 31, 2015.

DONE this 1st day of June, 2015.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Jesse Davisson

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(Jesse Davisson, CR15-115-MJP) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100